FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 AUG 15 AM 11: 02

CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**STATESBORO DIVISION**

| | |
|---|---|
| LAWRENCE HUGH McCULLOUGH, JR., ) ) ) Movant, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | Case No. CV611-125 CR609-048 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA